

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00253-CV

**GUADALUPE COUNTY**,
Appellant

v.

**WOODLAKE PARTNERS, INC**. and Woodlake Partners, L.P.,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1270-CV
The Honorable William Old, Judge Presiding

# O R D E R

The court reporter has filed a second notification of late record requesting an extension of time to file the reporter's record to **July 22, 2016**. The extension is GRANTED. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court